United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIA ASHAD,<br>Plaintiff,<br>v.<br>RYAN CONNOLLY, et al.,<br>Defendants. | Case No. 24-cv-00604-SK<br><br>**ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE** |

This matter is scheduled for a further case management conference on September 9, 2024. Following a settlement conference with the Hon. Thomas S. Hixson, this case has settled in principle. (Dkt. No. 22.) In light of the foregoing, the Court continues the further case management conference to January 6, 2025, at 1:30 p.m.

**IT IS SO ORDERED**.

Dated: August 28, 2024

Sallie Kim

SALLIE KIM
United States Magistrate Judge