**ADANTÉ D. POINTER, ESQ., 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
**TREVA R. STEWART, ESQ., SBN 239829**
**ANGEL ALEXANDER, ESQ., PL-492703**
**MARLON MONROE, ESQ., SBN 251897**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert Street, Suite 208
Oakland, CA 94607
Tel: 510-929-5400
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com
Email: TStewart@LawyersFTP.com
Email: AAlexander@LawyersFTP.com
Email: MMonroe@ LawyersFTP.com

Attorneys for Plaintiff

POINTER & BUELNA, LLP - LAWYERS FOR THE PEOPLE
155 Filbert St., Ste. 208, Oakland, CA 94607
Tel: (510) 929 - 5400

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MALIA ASHAD, an individual;<br><br>Plaintiff,<br><br>v.<br><br>ROBERT CONNELLY et al.,<br><br>Defendants. | Case No.: 3:24-cv-00604-SK<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date: January 6, 2025<br>Time: 1:30 PM<br>Place: Via Zoom Videoconference<br><br>HON. SALLIE KIM |

Counsel for Plaintiffs and Defendant (collectively, "the parties") have met and conferred and hereby submit the following Joint Case Management Conference Statement, per order of the Court (ECF 23).

POINTER & BUELNA, LLP - LAWYERS FOR THE PEOPLE
155 Filbert St., Ste. 208, Oakland, CA 94607
Tel: (510) 929 - 5400

**Settlement and ADR:**

The Parties participated in a Settlement Conference before Magistrate Judge Thomas Hixson on August 21, 2024. (ECF 22) The case has settled, and the Parties will file a Stipulation and Proposed Order for Dismissal.

The undersigned attests that permission in the filing of this document(s) had been obtained from the signatory below which shall serve in lieu of the actual signatures on the document(s).

Respectfully submitted,

Dated: December 30, 2024

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE

By: /s/ *Patrick Buelna*
ADANTÉ D. POINTER
PATRICK M. BUELNA
TREVA R. STEWART
ANGEL ALEXANDER
MARLON MONROE
Attorneys for Plaintiff, MALIA ASHAD

Dated: December 30, 2024

BURKE WILLIAMS & SORENSEN LLP

By: /s/*Christopher Brumfiel* (As authorized on 12/30/2024)
CHRISTOPHER E. BRUMFIEL
GREGORY B. THOMAS
Attorneys for Defendants